Brandt L. Wolkin, Esq.  (SBN 112220)
Jennifer L. Elowsky, Esq. (SBN 230739)
Catharine M. Tolson, Esq.  (SBN 271223)
WOLKIN · CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California  94108
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
bwolkin@wolkincurran.com
jelowsky@wolkincurran.com
ctolson@wolkincurran.com

Attorneys for Plaintiff
ROCKHILL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.; and DOES 1-50,<br><br>Defendants. | Case No.: 3:21-CV-09408-EMC<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT plaintiff ROCKHILL INSURANCE COMPANY and defendant ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. (collectively, the "Parties"), by and through their respective counsel of record, have agreed to a settlement of this matter.

The Parties are in the process of finalizing and executing the various documents related to the settlement and expect to formally Request dismissal of the instant action within thirty days.  The Parties request the Court vacate all upcoming scheduled dates and hearings.

///

1.

**NOTICE OF SETTLEMENT**            CASE NO. 3:21-CV-09408-EMC

2.

| | |
|---|---|
| Dated: April 4, 2022 | WOLKIN • CURRAN, LLP |
| | */s/ Catharine M. Tolson* |
| | By: _____ |
| | Jennifer L. Elowsky, Esq. |
| | Catharine M. Tolson, Esq. |
| | Attorneys for Plaintiff |
| | ROCKHILL INSURANCE COMPANY |
| | |
| Dated: April 4, 2022 | HIRSCH CLOSSON, APLC |
| | */s/ Robert V. Closson* |
| | By: _____ |
| | Robert V. Closson |
| | Attorneys for Defendant |
| | ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. |

**SIGNATURE ATTESTATION**

In accordance with L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory listed on the signature page.

Dated:  April 4, 2022                                        WOLKIN • CURRAN, LLP

*/s/ Catharine M. Tolson*

By: _____
Jennifer L. Elowsky, Esq.
Catharine M. Tolson, Esq.
Attorneys for Plaintiff
ROCKHILL INSURANCE COMPANY