1  Brandt L. Wolkin, Esq.  (SBN 112220)
2  Jennifer L. Elowsky, Esq. (SBN 230739)
   Catharine M. Tolson, Esq.  (SBN 271223)
3  WOLKIN · CURRAN, LLP
   111 Maiden Lane, Sixth Floor
4  San Francisco, California  94108
   Telephone:     (415) 982-9390
5  Facsimile:     (415) 982-4328
   bwolkin@wolkincurran.com
6  jelowsky@wolkincurran.com
   ctolson@wolkincurran.com

7  Attorneys for Plaintiff
   ROCKHILL INSURANCE COMPANY
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA -

# SAN FRANCISCO DIVISION

| ROCKHILL INSURANCE COMPANY, | Case No.: 3:21-CV-09408-EMC |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL; AND [~~PROPOSED~~] ORDER** |
| v. | |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.; and DOES 1-50, | |
| Defendants. | |

   Plaintiff ROCKHILL INSURANCE COMPANY ("Rockhill") on the one hand, and defendant ASSOCIATED INDUSTRIES INSURANCE COMPANY ("Associated") on the other hand, by and through their respective counsel, hereby agree and stipulate that:

   1.   The entirety of this action shall be dismissed **without prejudice**.

   2.   The dismissal of this action without prejudice shall not bar or operate as a retraxit of any future claim, demand, damage, proceeding and/or action between Rockhill and Associated.

   3.   All parties shall bear their respective attorney's fees and costs in this action.

        IT IS SO STIPULATED AND AGREED.

///

1.

**STIPULATION FOR ORDER OF DISMISSAL;**     CASE NO. 3:21-CV-09408-EMC
**[~~PROPOSED~~] ORDER**

Dated:  May 5, 2022                                WOLKIN • CURRAN, LLP

                                                           */s/ Catharine M. Tolson*

                                        By: _____
                                                    Jennifer L. Elowsky, Esq.
                                                    Catharine M. Tolson, Esq.
                                                    Attorneys for Plaintiff
                                                ROCKHILL INSURANCE COMPANY


Dated:  May 5, 2022                                HIRSCH CLOSSON, APLC

                                                           */s/ Robert Closson*

                                        By: _____
                                                       Robert Closson, Esq.

                                                    Attorneys for Defendant
                                           ASSOCIATED INDUSTRIES INSURANCE
                                                        COMPANY, INC.

2.

3.

# SIGNATURE ATTESTATION

In accordance with L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated:  May 5, 2022                                                        WOLKIN • CURRAN, LLP

*/s/ Catharine M. Tolson*

By: _____
Jennifer L. Elowsky, Esq.
Catharine M. Tolson, Esq.
Attorneys for Plaintiff
ROCKHILL INSURANCE COMPANY

# ~~[PROPOSED]~~ ORDER APPROVING STIPULATION FOR DISMISSAL

The Court, having reviewed the above *Stipulation for Dismissal*, and good cause appearing therefor, orders as follows:

IT IS HEREBY ORDERED:

1. The entirety of this action shall be dismissed **without prejudice**.

2. The dismissal of this action without prejudice shall not bar or operate as a retraxit of any future claim, demand, damage, proceeding and/or action between Rockhill and one or more of Defendants.

3. All parties shall bear their respective attorney's fees and costs in this action.

**IT IS SO ORDERED.**

Date: May 9, 2022

_____
The Honorable Judge Edward M. Chen,
United States District Judge

1.

**STIPULATION FOR ORDER OF DISMISSAL;**  CASE NO. 3:21-CV-09408-EMC
**[~~PROPOSED~~] ORDER**